IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil No. 11cv104-JD |
| | ) |
| ROBERT M. CONDON, | ) |
| | ) |
| Respondent. | ) |
| | ) |

ORDER TO SHOW CAUSE

Upon the Petition of the United States:

IT IS ORDERED that Robert M. Condon appear before the Honorable Judge Joseph A. DiClerico, Jr., United States District Court for the District of New Hampshire, in Courtroom  1 , located on the  3rd  floor, in the Warren B. Rudman Courthouse, 55 Pleasant Street, Concord, New Hampshire, at  2:00  p.m. on  April 11 , 2011 to show cause why he should not be held in contempt of Court.

IT IS FURTHER ORDERED that a copy of this Order, the Petition, and the exhibit attached to the Petition be served upon Robert M. Condon.

/s/ Joseph A. DiClerico, Jr.
_____
United States District Judge
District of New Hampshire

Dated: __March 10_____, 2011