UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                          Civil No. 11-cv-104-JD

<u>Robert M. Condon</u>

<u>ORDER FOR ARREST</u>

    On March 8, 2011, the United States of America petitioned this court to hold Robert M. Condon (respondent) in civil contempt of this court's order of January 27, 2011, in which the court ordered the respondent to comply with Internal Revenue Service summonses issued to him on May 19, 2010.

    On March 10, 2011, this court ordered Robert M. Condon to appear in Courtroom 1, Warren B. Rudman Courthouse, 55 Pleasant Street, Concord, New Hampshire, at 2:00 p.m. on April 11, 2011, to show cause why he should not be held in contempt of court. The show cause order, the petition, and the exhibit attached to the petition were served in hand on Robert M. Condon on March 17, 2011, by Matt Caracciolo, Deputy Sheriff, Rockingham County Sheriff's Office.

    Robert M. Condon failed to appear in this court on this date as ordered.

Therefore, a bench warrant shall issue for the arrest and detention of Robert M. Condon. He shall be brought promptly before a judge of this court for a show cause hearing on the government's petition for civil contempt that has been previously served upon him.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

April 11, 2011

cc: Michael T. McCormack, Esquire